428 A.2d 240

Commonwealth v. Daniels, Appellant.

Submitted December 6, 1979. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, J., concurred in the result.

428 A.2d 240

Commonwealth v. Diano, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.